**Opinion issued November 7, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00500-CV

———————————

**TONYA BAUER, INDIVIDUALLY AND AS GUARDIAN OF THE PERSON AND ESTATE OF EMILY BAUER, AN INCAPACITATED PERSON, AND WILLIAM BRYANT, Appellants**

**V.**

**PHILLIPS 66 COMPANY, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-71024-A**

---

## MEMORANDUM OPINION

Appellants, Tonya Bauer, Individually and as Guardian of the Person and Estate of Emily Bauer, an Incapacitated Person, and William Bryant, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a)

(governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Caughey.